THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BEN WEISS, Appellant.

(Submitted November 21, 1932; decided November 29, 1932.)

*Thomas C. T. Crain,* District Attorney (*John C. McDermott* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.